UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sandra Laudenbach, o.b.o.  
Roger Laudenbach, deceased,

Civ. No. 14-771 (ADM/JJK)

    Plaintiff,

v.

**ORDER**

Carolyn Colvin,  
Acting Commissioner of Social Security,

    Defendant.

---

Carol Louise Lewis, Esq., counsel for Plaintiff;

Ana H. Voss, Esq., Assistant United States Attorney, counsel for Defendant.

---

    Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated February 9, 2015, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. 17) is **DENIED**;

    2.    Defendant's Motion for Summary Judgment (Doc. No. 19) is **GRANTED**; and

    3.    This case is **DISMISSED WITH PREJUDICE**.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: February 26, 2015

                                                     s/Ann D. Montgomery  
                                                     Ann D. Montgomery  
                                                     United States District Court Judge